UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| PAUL HUTCHINSON, an individual; and DESTINARE LLC, a Utah limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>J. KAHEALANI KAMAUU, an individual; ROI COMPANIES LLC, a Hawaii limited liability; HALE MALUHIA ESTATE LLC, a Hawaii limited liability company,<br><br>    Defendants. | **ORDER GRANTING DEFENDANT'S MOTION FOR ECF ACCESS FOR THE LIMITED PURPOSES OF RECEIVING NOTIFICATIONS (DOC. NO. 43)**<br><br>Case No. 2:20-cv-00796-RJS-DAO<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Before the court is pro se Defendant J. Kahealani Kamauu's motion to receive notification by email (Doc. No. 43). Upon review, the court GRANTS Mr. Kamauu's motion. The clerk's office is directed to use the following email address to correspond with Mr. Kamauu: kkamauu@roicompanies.com. This order, and all other notifications going forward shall be sent to Mr. Kamauu using the above email address.

Further, Mr. Kamauu is ORDERED to promptly file a notice with the court if he has a change of email address.

DATED this 10th day of December, 2021.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge