UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| PAUL HUTCHINSON, an individual; and DESTINARE LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>J. KAHEALANI KAMAUU, an individual; ROI COMPANIES LLC, a Hawaii limited liability; HALE MALUHIA ESTATE LLC, a Hawaii limited liability company,<br><br>Defendants. | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION TO QUASH SUBPOENA (DOC. NO. 44)**<br><br>Case No. 2:20-cv-00796-RJS-DAO<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Before the court is pro se Defendant J. Kahealani Kamauu's motion to for leave to file a reply, (Doc. No. 44). For good cause appearing, the court GRANTS Mr. Kamauu's motion to the extent he seeks leave to file a reply. The motion is DENIED to the extent he seeks thirty days to file the reply. The reply must be filed with the court by January 3, 2022.

DATED this 10th day of December, 2021.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge